## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ISMAEL ZAMBRANO, JR.

        Defendant.

CASE NO.   8:19-CR-245

### WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)    The defendant affirms receiving a copy of the superseding indictment;

(2)    The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)    The defendant pleads not guilty to all counts of the superseding indictment.

_____    08/26/19
Defendant                              Date

_____    8/26/2019
Attorney for Defendant               Date

### ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this _26_ day of _August_, 20_19_

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT